UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:  8:25-00007-ADS                                              Date:  August 22, 2025

Title:          *Dmytro Ivanov v. Alejandro N. Mayorkas, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On January 2, 2025, Plaintiff filed a Complaint. (Dkt No. 1.) Plaintiff filed a proof of service of summons and complaint. (Dkt. No. 18.) Based on that proof of service, Defendants' deadline to file a responsive pleading to the Complaint was March 18, 2025. To date, no responsive pleading has been filed. Plaintiff has not requested entry of default, nor taken any other substantive action in this case.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Plaintiff must file a written response no later than **September 12, 2025**.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:25-00007-ADS                                      Date:  August 22, 2025

Title:          *Dmytro Ivanov v. Alejandro N. Mayorkas, et al.*