JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMYTRO IVANOV, | Case No. 8:25-00007 ADS |
| Plaintiff, | |
| v. | JUDGMENT |
| ALEJANDRO N. MAYORKAS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders (Dkt. No. 26), the Court adjudges the above-captioned case dismissed in its entirety.

Dated: November 20, 2025

                                              /s/ Autumn D. Spaeth  
                                    THE HONORABLE AUTUMN D. SPAETH  
                                      United States Magistrate Judge